IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** James, Pamela M | Case Number: 07 B 06076 |
| | Judge: Wedoff, Eugene R |
| Printed: 5/6/08 | Filed: 4/4/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion: March 13, 2008
Confirmed: June 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,385.20 | |
| Secured: | | 2,842.48 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,574.00 |
| Trustee Fee: | | 309.15 |
| Other Funds: | | 659.57 |
| Totals: | 6,385.20 | 6,385.20 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 150.00 | 150.00 |
| 2. | Robert J Semrad & Associates | Administrative | 2,424.00 | 2,424.00 |
| 3. | Mid America Bank | Secured | 0.00 | 0.00 |
| 4. | Drive Financial Services | Secured | 16,162.73 | 2,842.48 |
| 5. | Mid America Bank | Secured | 6,877.92 | 0.00 |
| 6. | Wells Fargo Fin Acceptance | Unsecured | 1,772.10 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 111.64 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 75.80 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 106.00 | 0.00 |
| 10. | Drive Financial Services | Unsecured | 74.21 | 0.00 |
| 11. | Aspire Visa | Unsecured | 47.81 | 0.00 |
| 12. | Nicor Gas | Unsecured | 136.44 | 0.00 |
| 13. | CB USA | Unsecured | 27.50 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 69.14 | 0.00 |
| 15. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 16. | Asset Management Out | Unsecured | | No Claim Filed |
| 17. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 19. | Medical Collections | Unsecured | | No Claim Filed |
| 20. | MRSI | Unsecured | | No Claim Filed |
| 21. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 22. | Medical Collections | Unsecured | | No Claim Filed |
| 23. | Medical Collections | Unsecured | | No Claim Filed |
| 24. | Medical Collections | Unsecured | | No Claim Filed |
| 25. | Medical Collections | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | James, Pamela M | | Case Number: 07 B 06076 |
|---|---|---|---|
| | | | Judge: Wedoff, Eugene R |
| | Printed: 5/6/08 | | Filed: 4/4/07 |

| | | | | |
|---|---|---|---|---|
| 26. | MRSI | Unsecured | | No Claim Filed |
| 27. | MRSI | Unsecured | | No Claim Filed |
| 28. | Medical Collections | Unsecured | | No Claim Filed |
| 29. | MRSI | Unsecured | | No Claim Filed |
| 30. | MRSI | Unsecured | | No Claim Filed |
| 31. | RMI/MCSI | Unsecured | | No Claim Filed |
| 32. | Park Dansan | Unsecured | | No Claim Filed |
| 33. | MRSI | Unsecured | | No Claim Filed |
| 34. | RMI/MCSI | Unsecured | | No Claim Filed |
| 35. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |

$ 28,035.29        $ 5,416.48

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 309.15 |

$ 309.15

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

